

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JUAN MANUEL VALADEZ, III, | § | No. 08-19-00222-CV |
| Appellant, | § | Appeal from the |
| v. | § | 65th District Court |
| D.S. and A.A., | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2019DCM5325) |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to withdraw appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs are taxed against the Appellant. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF SEPTEMBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)